Cardillo
Plaintiff

VS: CA: 04-27S

Cardillo
Defendant

# EXHIBIT RECEIPT

Defendant's exhibits

Maureen Gregori
Attorney
Office Manager

Doreen Baldwell
Deputy clerk 6/7/05