Cardillo
Plaintiff

VS: CA: 04-27S

Cardillo
Defendant

# EXHIBIT RECEIPT

Defendant's exhibits

Attorney
Office Manager

Deputy clerk 6/7/05